# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 16, 2006*

[Cite as *08/16/2006 Case Announcements #2*, 2006-Ohio-4244.]

## MOTION AND PROCEDURAL RULINGS

**2006–0789. State ex rel. Lanham v. Smith.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the motion to quash subpoena duces tecum of non-party witness Ohio BCI Special Agent Karen Rebori and to stay the subpoena's enforcement,

    IT IS ORDERED by the court that the motion is granted.